UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>James R. Considine, et al.</u>

    v.                                  Civil No. 10-cv-186-LM

<u>York Insurance Company</u>
<u>of Maine, et al.</u>


**<u>O R D E R</u>**

On today's date, a preliminary pretrial conference was held in this case.  The following attorneys appeared:  Joseph McDowell for Plaintiffs James R. Considine and Kathy Considine; John Curran for Defendant York Insurance Company of Maine, and Lesley F. Cornell for Defendant Hingham Mutual Fire Insurance Company, Inc.  The court approves the proposed Joint Discovery Plan (document no. 11) with the following amendments:

    **Trial Date:**   Two week period beginning May 17, 2011.

    **Depositions:**  A maximum of 10 depositions per party.  Each deposition limited to a maximum of 7 hours unless extended by agreement of the parties.

    **Motions for Leave to Amend Pleadings:**  Plaintiffs due no later than October 1, 2010.  Defendants due no later than October 15, 2010.

    **Motions to Dismiss (under Fed. R. Civ. P. 12(b)(6)):**  Due no later than December 1, 2010.

1

The parties concurred with respect to each of the aforementioned amendments.

                                                   _____
                                                   Landya B. McCafferty
                                                   United States Magistrate Judge

Date: September 1, 2010

cc:   Lesley F. Cornell, Esq.
      Joseph F. McDowell, III, Esq.
      Douglas N. Steere, Esq.