```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>John R. Considine, et al.</u>

    v.                                Civil No. 10-cv-186-LM

<u>York Insurance Company</u>
<u>of Maine, et al.</u>

<u>O R D E R</u>

On today's date, per the parties' request, a telephone conference was held in this case.  The following attorneys appeared:  Joseph F. McDowell, III, for plaintiffs; Douglas N. Steere for York Insurance Company of Maine; and Lesley F. Cornell for Hingham Mutual Fire Insurance Company, Inc.

The court received an update about the status of the case, particularly with respect to the parties' recent decision to cancel a scheduled mediation.  Despite the parties' decision to cancel mediation, it is clear to the court that this case is well suited for mediation.

The court therefore orders the parties to re-schedule their case for mediation.  The court will leave to the parties the question of whether to use a federal judge or a private party to mediate.  The parties shall notify the court on or before December 14, 2010, of its decision on that issue.

Should the parties request a federal judge as mediator, the court will make that assignment and notify the parties accordingly. If the parties intend to use a private mediator, the parties shall file a written update on or before January 19, 2011, informing the court of the status of mediation.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: December 7, 2010

cc:   Lesley F. Cornell, Esq.
      Joseph F. McDowell, III, Esq.
      Douglas N. Steere, Esq.